Gregory A. Phillips
Attorney General

John D. Rossetti
Deputy Attorney General

Sue Chatfield, WSB No. 6-3337
Senior Assistant Attorney General
2424 Pioneer Ave., 2nd Floor
Cheyenne, WY  82002
T:  (307) 777-5547
F:  (307) 777-8920

# UNITED STATES DISTRICT COURT

## DISTRICT OF WYOMING

| | |
|---|---|
| TITO ABBO,            )<br>                              )<br>         Plaintiff,   )<br>                              )<br>  vs.                        )<br>                              )<br>                              )<br> STATE OF WYOMING,           )<br> WYOMING HIGHWAY PATROL;    )<br> AARON KIRLIN, Individually and in   )<br> His Official Capacity; BEATRIZ REGINA )<br> SCHULMEISTER, Individually and in her )<br> Official Capacity; and JOHN DOES   )<br> 1 THROUGH 20,               )<br>                              )<br>         Defendants.  )  | Civil Action No. 12-CV-249-F |

## STIPULATION

State of Wyoming, John Butler, Aaron Kirlin and Beatriz Schulmeister, by and through the Office of the Attorney General of the State of Wyoming and the Plaintiff by his undersigned counsel, hereby stipulate to an Answer to be filed on behalf of Beatriz Schulmeister within 90

days of service, with a due date of January 29, 2013 as Ms. Schulmeister is out of the country in the armed forces.

DATED this 30th day of November, 2012.

/s/ Sue Chatfield
Sue Chatfield, WSB No. 6-3337
Attorney for Defendants


/s/ Robert Moxley
Robert Moxley
Attorney for Plaintiff